UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KAREN D. HEATHCOAT, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:06-CV-129 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CONTINENTAL CONDOMINIUM ) | |
| ASSOCIATION, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants Continental Condominium Association, Inc. and Barbara Chandler's ("Defendants") motion for summary judgment (Court File No.21). Defendants allege Plaintiff Karen Heathcoat ("Plaintiff") filed a false application for in forma pauperis status. The Court is aware the parties agreed on an order that requires Plaintiff to produce copies of her federal income tax returns from 2004 and 2005 within 10 days (Court File No. 38). The Court **ORDERS** Plaintiff to file a copy of these tax returns **UNDER SEAL** with the Court when she produces and turns over the tax returns in dispute to Defendants.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**